IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.M.-M., et al.,<br><br>   *Plaintiffs*,<br><br> vs.<br><br>KENNETH T. CUCCINELLI II, in his purported official capacity as acting Director of U.S. Citizenship and Immigration Services, et al.,<br><br>   *Defendants*. | Case No. 1:19-cv-2676 (RDM) |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

  Plaintiffs L.M.-M., B.M.-M., V.M.-M., M.A.-H., I.M.-A., S.G.-C., B.O.-G., and the Refugee & Immigrant Center for Education & Legal Services have moved for a preliminary injunction against several directives regarding the asylum process issued by Defendants. Plaintiffs allege that these directives violate multiple federal statutes, agency regulations, and the U.S. Constitution. The Court has considered the parties' briefing, evidence, and arguments as well as the authorities cited in support of their positions. For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

  1.  Plaintiffs' Motion for Preliminary Injunction is GRANTED.

  2.  Defendants and their officers, agents, servants, employees, and attorneys, and all those acting in concert with them, are hereby ENJOINED from processing asylum applicants pursuant to the challenged asylum directives. Specifically, Defendants must:

1

    a.    Permit asylum seekers at least 48 hours to prepare for their credible fear interviews and consult with third parties from the time they receive notice of their interview.

    b.    Cease requiring "extraordinary circumstances" to grant a continuance of the interview, and instead grant continuances where asylum seekers are "unable to participate effectively in the interview because of illness, fatigue, or other impediments," as required by Defendants' regulations. *See* 28 C.F.R. § 208.30(d)(1).

    c.    Provide asylum seekers at the Dilley Detention Center with an in-person, oral legal orientation similar to that provided by Defendants prior to the asylum directives.

3.    Defendants and their officers, agents, servants, employees, and attorneys, and all those acting in concert with them, are hereby ENJOINED from taking any action to remove Individual Plaintiffs L.M.-M., B.M.-M., V.M.-M., M.A.-H., and I.M.-A. from the United States, or from removing asylum seekers ordered to be removed as a result of proceedings which took place under the challenged asylum directives but who have not yet been removed from the United States.

4.    Under the circumstances, the Court dispenses with the requirement that the movant give security for the issuance of the injunction. *See* Fed. R. Civ. P. 65(c).

**SO ORDERED.**

Dated: _____                  _____
                                                                       Hon. Randolph D. Moss
                                                                       United States District Court

**SERVICE LIST**

Pursuant to Local Rule 7(k), the undersigned certifies that these are the names and addresses of the attorneys entitled to be notified of the entry of this order:

John Lewis (D.C. Bar No. 1033826)
Nitin Shah (D.C. Bar No. 156035)
Benjamin Seel (D.C. Bar No. 1035286)
Javier M. Guzman (D.C. Bar No. 462679)
DEMOCRACY FORWARD FOUNDATION
1333 H Street NW
Washington, DC 20005
(202) 448-9090
jlewis@democracyforward.org
nshah@democracyforward.org
bseel@democracyforward.org
jguzman@democracyforward.org

Bradley Jenkins
CATHOLIC LEGAL IMMIGRATION NETWORK, INC.
8757 Georgia Ave., Suite 850
Silver Spring, MD 20910
(301) 565-4820
bjenkins@cliniclegal.org

Manoj Govindaiah (D.D.C. Bar ID TX0145)
REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES
802 Kentucky Ave.
San Antonio, TX 78201
(210) 787-3745
manoj.govindaiah@raicestexas.org

Julian Kurz
U.S. DEPARTMENT OF JUSTICE
OFFICE OF IMMIGRATION LITIGATION, DISTRICT COURT SECTION
P.O. Box 868
Washington, DC 20044
(202) 616-4962
julian.m.kurz@usdoj.gov

*/s/ John T. Lewis*
John T. Lewis