IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.M.-M., et al.,<br><br>        *Plaintiffs*,<br><br>vs.<br><br>KENNETH T. CUCCINELLI II, in his purported official capacity as acting Director of U.S. Citizenship and Immigration Services, et al.,<br><br>        *Defendants.* | Case No. 1:19-cv-2676 (RDM) |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE REGARDING RELEVANT PENDING D.C. CIRCUIT CASES**

Plaintiffs respectfully submit this response to Defendants' Notice Regarding Relevant Pending D.C. Circuit Cases, ECF No. 31.

The fact that the government has appealed to the D.C. Circuit in both *Grace* and *Make the Road* is far from new information. *Grace* was argued prior to Defendants' submission of their supplemental brief, *see* ECF No. 25, and the government noticed its appeal in *Make the Road* over three months ago, on October 25, 2019, *see* No. 1:19-cv-02369-KBJ (D.D.C.), ECF No. 44. Thus, neither update provides a basis for delaying resolution of Plaintiffs' pending motion, particularly since the issues that Defendants now highlight have been thoroughly addressed by the parties here. Moreover, the issues identified by Defendants pertain principally to whether the Court may exercise jurisdiction over RAICES, which the Court need not address given that the Individual Plaintiffs possess standing to challenge the Asylum Directives. *See In re Navy Chaplaincy*, 697 F.3d 1171, 1178 (D.C. Cir. 2012) ("[O]nly one plaintiff must have standing.")

As Plaintiffs explained when they initially moved for a preliminary injunction, *see* ECF No. 12, expeditious resolution of this matter is essential given that Defendants continue to remove asylum seekers pursuant to the challenged policies. Thus, Plaintiffs respectfully request that the Court grant their motion for summary judgment.

Dated: January 27, 2020

Respectfully submitted,

*/s/ John T. Lewis*
John Lewis (D.C. Bar No. 1033826)
Nitin Shah (D.C. Bar No. 156035)
Benjamin Seel (D.C. Bar No. 1035286)
DEMOCRACY FORWARD FOUNDATION
1333 H Street NW
Washington, DC 20005
(202) 448-9090
jlewis@democracyforward.org
nshah@democracyforward.org
bseel@democracyforward.org

Bradley Jenkins*
CATHOLIC LEGAL IMMIGRATION NETWORK, INC.
8757 Georgia Ave., Suite 850
Silver Spring, MD 20910
(301) 565-4820
bjenkins@cliniclegal.org

Manoj Govindaiah (D.D.C. Bar ID TX0145)
REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES
802 Kentucky Ave.
San Antonio, TX 78201
(210) 787-3745
manoj.govindaiah@raicestexas.org

*Counsel for Plaintiffs*

*Admitted pro hac vice