# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| L.M.-M., *et al.*,  )<br>  )<br>        Plaintiffs,  )<br>v.  )<br>  )<br>Kenneth T. Cuccinelli II, *et al.*,  )<br>  )<br>        Defendants.  )<br>  ) | No. 1:19-cv-02676-RDM |

## MOTION TO WITHDRAW APPEARANCE OF JAMES M. BURNHAM

I, James M. Burnham, hereby move to withdraw my appearance on behalf of Defendants in the above-captioned case because I am moving from the Civil Division to the Office of the Attorney General and will no longer have responsibility for this case. The United States will continue to be represented by other attorneys at the Department of Justice who have entered appearances in this case.

Dated: February 4, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

/s/ *James M. Burnham*
JAMES M. BURNHAM (AZ Bar No. 034363)
United States Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530
Tel: (202) 353-2793
Fax: (202) 305-8470
Email: James.M.Burnham@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the clerk using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

/s/ *James M. Burnham*
JAMES M. BURNHAM