**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L.M.-M., et al.,<br><br>　　　　*Plaintiffs*,<br><br>　vs.<br><br>KENNETH T. CUCCINELLI II, in his purported official capacity as acting Director of U.S. Citizenship and Immigration Services, et al.,<br><br>　　　　*Defendants.* | Case No. 1:19-cv-2676 (RDM) |

**JOINT STATUS REPORT**

The parties respectfully submit the following joint status report. Counsel for the parties met and conferred via email before submitting this report. However, the parties were unable to reach an agreement concerning recommended next steps in this matter, and so have presented their respective positions below.

**PLAINTIFFS' REPORT**

Plaintiffs respectfully submit that the Court should refrain from entering partial final judgment under Rule 54(b) at this time, and instead direct the parties to submit another joint status report on May 11, 2020. Defendant U.S. Citizenship and Immigration Services has not yet "clarifie[d] whether it intends to ratify … the Asylum Directives vacated by the Court." Minute Order of Mar. 18, 2020. If it does, "RAICES might still have a live claim and that claim might be intertwined with the merits of the claim as to which Defendants ask the Court to enter partial final judgment." *Id.* RAICES's claims remain live even though the individual plaintiffs have been issued Notices to Appear. Moreover, Plaintiffs are continuing to monitor the compliance

issues identified in their previous status report. The reasons the Court gave for refraining from entering judgment therefore remain operative, and so the Court should continue to do so.

## DEFENDANTS' REPORT

In response to this Court's March 18, 2020 Minute Order, Defendants state the following. The Asylum Directives have not been ratified or re-issued. The agency is still assessing the next steps it plans to take with respect to the Court's March 1, 2020 decision, *see* Dkt. 34. For the reasons articulated in the parties' previous joint status report, *see* Dkt. 35 at 4-7, Defendants submit that the only logical next step is the entry of final judgment. This is especially true because undersigned counsel understands that all of the individual plaintiffs have been issued Notices to Appear (NTAs), and are accordingly no longer in expedited removal proceedings. And, as Defendants demonstrated in the parties' previously-submitted joint status report, *see* Dkt. 35 at 4-7, the purported "compliance issues" that Plaintiffs allude to have nothing to do with the claims in this litigation, nor do such issues have any relevance to the March 1, 2020 decision rendered by this Court or the March 18, 2020 Minute Order this Court issued.

Dated: April 10, 2020

*/s/ John T. Lewis (with consent)*
John Lewis (D.C. Bar No. 1033826)
Benjamin Seel (D.C. Bar No. 1035286)
Nitin Shah (D.C. Bar No. 156035)
DEMOCRACY FORWARD FOUNDATION
1333 H Street NW
Washington, DC 20005
(202) 448-9090
jlewis@democracyforward.org
bseel@democracyforward.org
nshah@democracyforward.org

Bradley Jenkins*
CATHOLIC LEGAL IMMIGRATION
NETWORK, INC.
8757 Georgia Ave., Suite 850
Silver Spring, MD 20910
(301) 565-4820
bjenkins@cliniclegal.org

Manoj Govindaiah (D.D.C. Bar ID TX0145)
REFUGEE AND IMMIGRANT CENTER FOR
EDUCATION AND LEGAL SERVICES
802 Kentucky Ave.
San Antonio, TX 78201
(210) 787-3745
manoj.govindaiah@raicestexas.org

*Counsel for Plaintiffs*

*Admitted pro hac vice

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

By: */s/ Archith Ramkumar*
ARCHITH RAMKUMAR
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8060
Email: Archith.Ramkumar@usdoj.gov

*Counsel for Defendants*