## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

L.M.-M., *et al.*,

    *Plaintiffs*,

v.

KENNETH T. CUCCINELLI II, in his purported official capacity as acting Director of U.S. Citizenship and Immigration Services, *et al.*,

    *Defendants.*

Civil Action No. 19-2676 (RDM)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Dkt. 37, and because there is no just reason for delay, it is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 54(b), final judgment is entered as to the individual Plaintiffs' Federal Vacancies Reform Act of 1998 claim consistent with the Court's Memorandum Opinion and Order, Dkt. 34.

This is a final, appealable judgment.

**SO ORDERED**.

    /s/ Randolph D. Moss
    RANDOLPH D. MOSS
    United States District Judge

Date: April 16, 2020