**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L.M.-M., et al.,<br><br>                *Plaintiffs*,<br><br>       vs.<br><br>KENNETH T. CUCCINELLI II, in his purported official capacity as acting Director of U.S. Citizenship and Immigration Services, et al.,<br><br>                *Defendants*. | Case No. 1:19-cv-2676 (RDM) |

**JOINT STATUS REPORT**

The parties respectfully submit the following joint status report pursuant to the Court's April 17, 2020 Minute Order. In view of the Court's memorandum opinion and Order entering partial final judgment on Plaintiffs' claim under the Federal Vacancies Reform Act ("FVRA"), *see* Dkts. 37-38, the parties are in agreement that staying this litigation pending appeal of the Court's decision and/or ratification of the set-aside Directives is the appropriate next step, as a stay would best serve judicial economy. The parties further agree that the Government will file a status report informing the Court: (1) regarding the decision it has made as to whether to appeal the Court's decision and Order entering partial final judgment; and/or (2) whether the set-aside directives are ratified or re-issued, in the event either ratification or re-issuance occurs.

**PLAINTIFFS' ADDITIONAL STATEMENT**

Plaintiffs believe that the litigation should be stayed pending Defendants' appeal of the Court's decision and/or the potential ratification or any action Defendants might characterize as re-issuance of the Directives set aside by the Court. Any ratification or re-issuance of the

Directives would again injure Plaintiff RAICES as well as other asylum seekers and organizations, and this Court has already received ample briefing on the pertinent issues presented by the Directives. In addition, Plaintiffs reserve the right to move to lift the stay earlier in the event that they become aware of any issues in complying with the Court's decision.

| | |
|---|---|
| Dated: May 14, 2020 | Respectfully submitted, |
| /s/ John T. Lewis (with consent) | JOSEPH H. HUNT |
| John Lewis (D.C. Bar No. 1033826) | Assistant Attorney General |
| Benjamin Seel (D.C. Bar No. 1035286) | |
| Nitin Shah (D.C. Bar No. 156035) | SCOTT G. STEWART |
| DEMOCRACY FORWARD FOUNDATION | Deputy Assistant Attorney General |
| 1333 H Street NW | |
| Washington, DC 20005 | WILLIAM C. PEACHEY |
| (202) 448-9090 | Director |
| jlewis@democracyforward.org | |
| bseel@democracyforward.org | EREZ REUVENI |
| nshah@democracyforward.org | Assistant Director |
| | |
| Bradley Jenkins* | By: /s/ Archith Ramkumar |
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. | ARCHITH RAMKUMAR |
| 8757 Georgia Ave., Suite 850 | Trial Attorney |
| Silver Spring, MD 20910 | Office of Immigration Litigation |
| (301) 565-4820 | U.S. Department of Justice, Civil Division |
| bjenkins@cliniclegal.org | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| Manoj Govindaiah (D.D.C. Bar ID TX0145) | Tel: (202) 598-8060 |
| REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES | Email: Archith.Ramkumar@usdoj.gov |
| 802 Kentucky Ave. | *Counsel for Defendants* |
| San Antonio, TX 78201 | |
| (210) 787-3745 | |
| manoj.govindaiah@raicestexas.org | |

*Counsel for Plaintiffs*

*Admitted pro hac vice