JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
ARCHITH RAMKUMAR
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8060
Email: Archith.Ramkumar@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L.M.-M., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-02676-RDM |
| ) | |
| Kenneth T. Cuccinelli II, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants Kenneth T. Cuccinelli II (in his official capacity), U.S. Citizenship & Immigration Services, Chad F. Wolf, Acting Secretary of Homeland Security (in his official capacity),[1] and U.S. Department of Homeland Security ("Defendants") hereby appeal to the

---

[1] Under Federal Rule of Civil Procedure 25(c), Acting Secretary of Homeland Security Chad F. Wolf is automatically substituted as defendant in his official capacity for previous named official-capacity defendant Kevin McAleenan, the Acting Secretary of Homeland Security at the time this action was filed.

1

United States Court of Appeals for the District of Columbia Circuit from this Court's Memorandum Decision and Order of March 1, 2020 (ECF No. 34) and Entry of Final Judgment as to Individual Plaintiffs' Federal Vacancies Reform Act of 1998 Claim of April 16, 2020 (ECF No. 38).

                                        Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        WILLIAM C. PEACHEY
                                        Director

                                        EREZ REUVENI
                                        ASSISTANT DIRECTOR

                              By: /s/ *Archith Ramkumar*
                                        ARCHITH RAMKUMAR
                                        Trial Attorney
                                        Office of Immigration Litigation
                                        U.S. Department of Justice, Civil Division
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, DC 20044
                                        Tel: (202) 598-8060
                                        Email: Archith.Ramkumar@usdoj.gov

Dated: May 15, 2020                        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that May 15, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Archith Ramkumar*
    ARCHITH RAMKUMAR
    Trial Attorney
    United States Department of Justice
    Civil Division