**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

L.M.-M., et al.,

        *Plaintiffs*,

    vs.

KENNETH T. CUCCINELLI II, in his
    purported official capacity as acting
    Director of U.S. Citizenship and
    Immigration Services, et al.,

        *Defendants.*

Case No. 1:19-cv-2676 (RDM)

**DEFENDANTS' STATUS REPORT**

      Pursuant to the Court's May 14, 2020 Order, Defendants submit the following status report.  The Government has not yet made a decision as to whether to appeal this Court's decision and Order entering partial final judgment on Plaintiffs' Federal Vacancies Reform Act (FVRA) claim, and has, in the interim, filed a notice of appeal, *see* Dkt. 41.  The Asylum Directives have not been ratified or re-issued.

Dated: June 22, 2020                    Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        SCOTT G. STEWART
                                        Deputy Assistant Attorney General

                                        WILLIAM C. PEACHEY
                                        Director

                                        EREZ REUVENI
                                        Assistant Director

                                        By: /s/ Archith Ramkumar
                                        ARCHITH RAMKUMAR
                                        Trial Attorney
                                        Office of Immigration Litigation
                                        U.S. Department of Justice, Civil Division
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, DC 20044
                                        Tel: (202) 598-8060
                                        Email: Archith.Ramkumar@usdoj.gov

                                        *Counsel for Defendants*