ETHAN P. DAVIS
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
ARCHITH RAMKUMAR
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8060
Email: Archith.Ramkumar@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L.M.-M., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Kenneth T. Cuccinelli II, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:19-cv-02676-RDM |

**NOTICE OF WITHDRAWAL OF APPEAL**

The government hereby provides notice that it has voluntarily withdrawn its appeal of this Court's Memorandum Decision and Order of March 1, 2020 (ECF No. 34) and Entry of Final Judgment as to Individual Plaintiffs' Federal Vacancies Reform Act of 1998 Claim of April 16, 2020 (ECF No. 38).

1

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
ASSISTANT DIRECTOR

By: /s/ *Archith Ramkumar*
ARCHITH RAMKUMAR
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8060
Email: Archith.Ramkumar@usdoj.gov

Dated: August 19, 2020              *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that August 19, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                           By: */s/ Archith Ramkumar*
                                ARCHITH RAMKUMAR
                                Trial Attorney
                                United States Department of Justice
                                Civil Division