# United States Court of Appeals
### For The District of Columbia Circuit

**No. 20-5141**　　　　　　　　　　　　　　**September Term, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　1:19-cv-02676-RDM

　　　　　　　　　　　　　　　　　　　　　　**Filed On: August 25, 2020**

L.M.-M., et al.,

　　　　　Appellees

　　v.

Kenneth T Cuccinelli, II, In his purported
official capacity as acting Director of U.S.
Citizenship and Immigration Services, et al.,

　　　　　Appellants

### O R D E R

Upon consideration of the joint stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Scott H. Atchue
　　　　　　　　　　　　　　　　　　Deputy Clerk