IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.M.-M., et al.,<br><br>      *Plaintiffs*,<br><br>vs.<br><br>KENNETH T. CUCCINELLI II, in his purported official capacity as acting Director of U.S. Citizenship and Immigration Services, et al.,<br><br>      *Defendants*. | Case No. 1:19-cv-2676 (RDM) |

**JOINT STATUS REPORT**

The parties respectfully submit the following joint status report pursuant to the Court's August 19, 2020 Minute Order. The parties agree that the Court should stay further consideration of the parties' dispositive motions until such time as Defendants decide to ratify or reissue the directives set aside by the Court's March 1, 2020 Memorandum Opinion and Order, ECF No. 34. However, Plaintiffs' view is that this stay should not preclude further litigation concerning either Defendants' compliance with the March 1, 2020 Memorandum Opinion and Order or litigation concerning attorneys' fees; Defendants express no view one way or another on this aspect of the Joint Status Report. The parties further agree that Defendants will file a status report informing the Court if the set-aside directives are ratified or reissued, in the event either ratification or reissuance occurs.

| | |
|---|---|
| Dated: September 2, 2020 | Respectfully submitted, |
| | |
| /s/ John T. Lewis | ETHAN P. DAVIS |
| John Lewis (D.C. Bar No. 1033826) | Acting Assistant Attorney General |
| Benjamin Seel (D.C. Bar No. 1035286) | |
| Sean Lev (D.C. Bar No. 449936) | SCOTT G. STEWART |
| DEMOCRACY FORWARD FOUNDATION | Deputy Assistant Attorney General |
| 1333 H Street NW | |
| Washington, DC 20005 | WILLIAM C. PEACHEY |
| (202) 448-9090 | Director |
| jlewis@democracyforward.org | |
| bseel@democracyforward.org | EREZ REUVENI |
| slev@democracyforward.org | Assistant Director |
| | |
| Bradley Jenkins* | By: /s/ Archith Ramkumar (with consent) |
| CATHOLIC LEGAL IMMIGRATION | ARCHITH RAMKUMAR |
| NETWORK, INC. | Trial Attorney |
| 8757 Georgia Ave., Suite 850 | Office of Immigration Litigation |
| Silver Spring, MD 20910 | U.S. Department of Justice, Civil Division |
| (301) 565-4820 | P.O. Box 868, Ben Franklin Station |
| bjenkins@cliniclegal.org | Washington, DC 20044 |
| | Tel: (202) 598-8060 |
| Manoj Govindaiah (D.D.C. Bar ID TX0145) | Email: Archith.Ramkumar@usdoj.gov |
| REFUGEE AND IMMIGRANT CENTER FOR | |
| EDUCATION AND LEGAL SERVICES | Counsel for Defendants |
| 802 Kentucky Ave. | |
| San Antonio, TX 78201 | |
| (210) 787-3745 | |
| manoj.govindaiah@raicestexas.org | |

*Counsel for Plaintiffs*

*Admitted pro hac vice