UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.M.-M., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kenneth T. Cuccinelli II, *et al.*,<br><br>    Defendants. | Civil Action No. 1:19-cv-02676 (RDM) |

## JOINT STATUS REPORT AND MOTION FOR A FURTHER STAY

The parties hereby jointly request an extension of the stay of the deadline for Defendants to respond to Plaintiffs' motion for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA"). *See* Dkt. 51.

Plaintiffs filed their motion for attorneys' fees on Thursday, September 24, 2020. The Court previously granted Defendants' consent motion for an extension of time to respond to Plaintiffs' motion. *See* Dkt. 48. The Court then granted the parties' joint motion for a stay of the briefing deadline. *See* Dkt. 51.

Good cause supports the parties' motion. The parties have conferred and expressed mutual interest in working toward a resolution of Plaintiffs' motion for attorney fees without the need for motion practice and judicial resolution. Discussions remain ongoing. Extending the stay to permit the parties to continue those discussions without the need for briefing would preserve the Court's and parties' resources and serve the interests of judicial economy.

Accordingly, the parties respectfully request that the Court set a deadline of 60 days from the date of this status report to file a second joint status report on their efforts.

| | |
|---|---|
| Dated: December 22, 2020 | Respectfully submitted, |
| */s/ Bradley Jenkins* | JEFFREY BOSSERT CLARK |
| Bradley Jenkins (D.D.C. Bar ID MD0110) | Acting Assistant Attorney General |
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. | |
| 8757 Georgia Ave., Suite 850 | CHRISTOPHER HALL |
| Silver Spring, MD 20910 | Assistant Branch Director |
| (301) 565-4820 | |
| bjenkins@cliniclegal.org | */s/  Brian Rosen-Shaud* |
| | BRIAN C. ROSEN-SHAUD |
| Manoj Govindaiah (D.D.C. Bar ID TX0145) | Trial Attorney (Me. Bar No. 006018) |
| REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES | United States Department of Justice Civil Division, Federal Programs Branch 1100 L Street NW |
| 802 Kentucky Ave. | Washington, D.C. 20005 |
| San Antonio, TX 78201 | (202) 305-7667 |
| (210) 787-3745 | Brian.C.Rosen-Shaud@usdoj.gov |
| manoj.govindaiah@raicestexas.org | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |