UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.M.-M., *et al.*,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>Kenneth T. Cuccinelli II, *et al.*,<br><br>　　　Defendants. | Civil Action No. 1:19-cv-02676 (RDM) |

**SECOND JOINT STATUS REPORT**

The parties hereby jointly provide a status report on their efforts to settle Plaintiffs' motion for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA"). *See* Dkt. 51.

Plaintiffs filed their motion for attorneys' fees on Thursday, September 24, 2020. The Court previously granted Defendants' consent motion for an extension of time to respond to Plaintiffs' motion. *See* Dkt. 48. The Court then granted the parties' joint motion for a stay of the briefing deadline. *See* Dkt. 51.

The parties have made substantial progress in working toward a resolution of Plaintiffs' motion for attorney fees without the need for motion practice and judicial resolution. The parties anticipate that further discussions may continue to be productive, and that additional time would be helpful to those discussions. Thus, the parties will move jointly to extend the stay to permit the parties to continue those discussions.

Dated: February 22, 2021

/s/ Bradley Jenkins
Bradley Jenkins (D.D.C. Bar ID MD0110)
CATHOLIC LEGAL IMMIGRATION
NETWORK, INC.
8757 Georgia Ave., Suite 850
Silver Spring, MD 20910
(301) 565-4820
bjenkins@cliniclegal.org

Manoj Govindaiah (D.D.C. Bar ID TX0145)
REFUGEE AND IMMIGRANT CENTER
FOR EDUCATION AND LEGAL
SERVICES
802 Kentucky Ave.
San Antonio, TX 78201
(210) 787-3745
manoj.govindaiah@raicestexas.org

*Attorneys for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

/s/ Brian Rosen-Shaud
BRIAN C. ROSEN-SHAUD
Trial Attorney (Me. Bar No. 006018)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 305-7667
Brian.C.Rosen-Shaud@usdoj.gov

*Attorneys for Defendants*