UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.M.-M., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kenneth T. Cuccinelli II, *et al.*,<br><br>    Defendants. | Civil Action No. 1:19-cv-02676 (RDM) |

## JOINT MOTION FOR A FURTHER STAY

The parties hereby jointly request an extension of the stay of the deadline for Defendants to respond to Plaintiffs' motion for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA"). *See* Dkt. 51.

Plaintiffs filed their motion for attorneys' fees on Thursday, September 24, 2020. The Court previously granted Defendants' consent motion for an extension of time to respond to Plaintiffs' motion. *See* Dkt. 48. The Court then granted the parties' joint motion for a stay of the briefing deadline. *See* Dkt. 51.

Good cause supports the parties' motion. The parties have made substantial progress in working toward a resolution of Plaintiffs' motion for attorney fees without the need for motion practice and judicial resolution. Extending the stay to permit the parties to continue those discussions without the need for briefing would preserve the Court's and parties' resources and serve the interests of judicial economy.

Accordingly, the parties respectfully request that the Court set a deadline of 60 days from the date of this status report to file a joint status report on their efforts.

| | |
|---|---|
| Dated: February 22, 2021 | Respectfully submitted, |

*/s/ Bradley Jenkins*  
Bradley Jenkins (D.D.C. Bar ID MD0110)  
CATHOLIC LEGAL IMMIGRATION NETWORK, INC.  
8757 Georgia Ave., Suite 850  
Silver Spring, MD 20910  
(301) 565-4820  
bjenkins@cliniclegal.org  

Manoj Govindaiah (D.D.C. Bar ID TX0145)  
REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES  
802 Kentucky Ave.  
San Antonio, TX 78201  
(210) 787-3745  
manoj.govindaiah@raicestexas.org  

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON  
Acting Assistant Attorney General  

CHRISTOPHER HALL  
Assistant Branch Director  

*/s/ Brian Rosen-Shaud*  
BRIAN C. ROSEN-SHAUD  
Trial Attorney (Me. Bar No. 006018)  
United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street NW  
Washington, D.C. 20005  
(202) 305-7667  
Brian.C.Rosen-Shaud@usdoj.gov  

*Attorneys for Defendants*