UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.M.-M., *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>Kenneth T. Cuccinelli II, *et al.*,<br><br>        Defendants. | Civil Action No. 1:19-cv-02676 (RDM) |

**JOINT MOTION FOR A FURTHER STAY**

The parties hereby jointly request an extension of the stay of the deadline for Defendants to respond to Plaintiffs' motion for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA"). *See* Dkt. 51.

Plaintiffs filed their motion for attorneys' fees on Thursday, September 24, 2020. The Court previously granted Defendants' consent motion for an extension of time to respond to Plaintiffs' motion. *See* Dkt. 48. The Court then granted the parties' joint motion for a stay of the briefing deadline. *See* Dkt. 51.

Good cause supports the parties' motion. The parties have reached an agreement that resolves Plaintiffs' motion for attorneys' fees without the need for motion practice and judicial resolution. The parties require additional time to effectuate the settlement.

Accordingly, the parties respectfully request that the Court stay all deadlines related to Plaintiffs' motion for attorneys' fees.

1

| | |
|---|---|
| Dated: June 22, 2021 | Respectfully submitted, |
| | |
| /s/ Bradley Jenkins | BRIAN M. BOYNTON |
| Bradley Jenkins (D.D.C. Bar ID MD0110) | Acting Assistant Attorney General |
| CATHOLIC LEGAL IMMIGRATION | |
| NETWORK, INC. | CHRISTOPHER HALL |
| 8757 Georgia Ave., Suite 850 | Assistant Branch Director |
| Silver Spring, MD 20910 | |
| (301) 565-4820 | /s/ Brian C. Rosen-Shaud |
| bjenkins@cliniclegal.org | BRIAN C. ROSEN-SHAUD |
| | Trial Attorney (Me. Bar No. 006018) |
| Manoj Govindaiah (D.D.C. Bar ID TX0145) | United States Department of Justice |
| REFUGEE AND IMMIGRANT CENTER | Civil Division, Federal Programs Branch |
| FOR EDUCATION AND LEGAL | 1100 L Street NW |
| SERVICES | Washington, D.C. 20005 |
| 802 Kentucky Ave. | (202) 305-7667 |
| San Antonio, TX 78201 | Brian.C.Rosen-Shaud@usdoj.gov |
| (210) 787-3745 | |
| manoj.govindaiah@raicestexas.org | |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |