UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.M.-M., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kenneth T. Cuccinelli II, *et al.*,<br><br>    Defendants. | Civil Action No. 1:19-cv-02676 (RDM) |

**NOTICE OF WITHDRAWAL WITH PREJUDICE OF**
**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

The parties have reached a mutually agreeable settlement of the issues raised in Plaintiffs' Motion for Attorneys' Fees and Costs, ECF No. 47. Accordingly, notice is hereby given that Plaintiffs' motion is withdrawn with prejudice.

Dated: July 20, 2021

Respectfully submitted,

/s/ *Bradley Jenkins*
Bradley Jenkins (D.D.C. Bar ID MD0110)
CATHOLIC LEGAL IMMIGRATION
NETWORK, INC.
8757 Georgia Ave., Suite 850
Silver Spring, MD 20910
(301) 565-4820
bjenkins@cliniclegal.org

Tamara F. Goodlette (D.D.C. Bar ID TX0199)
REFUGEE AND IMMIGRANT CENTER
FOR EDUCATION AND LEGAL SERVICES
802 Kentucky Ave.
San Antonio, TX 78201
(210) 960-3206
tami.goodlette@raicestexas.org

*Attorneys for Plaintiffs*

1