UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.M.-M., *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>Kenneth T. Cuccinelli II, *et al.*,<br><br>  Defendants. | Civil Action No. 1:19-cv-02676 (RDM) |

## JOINT STATUS REPORT

The parties respectfully submit the following joint status report pursuant to the Court's July 28, 2021 Minute Order. The parties are conferring to determine the appropriate method of resolving this case, and request an additional week to facilitate those discussions. The parties therefore request that the Court order the submission of an additional joint status report on August 18, 2021.

Dated: August 11, 2021

*/s/ John Lewis*
John Lewis (D.C. Bar No. 1033826)
Sean Lev (D.C. Bar No. 449936)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jlewis@democracyforward.org
slev@democracyforward.org

Bradley Jenkins (D.D.C. Bar ID MD0110)
CATHOLIC LEGAL IMMIGRATION
NETWORK, INC.
8757 Georgia Ave., Suite 850
Silver Spring, MD 20910
(301) 565-4820
bjenkins@cliniclegal.org

*Attorneys for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Brian C. Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney (Me. Bar No. 006018)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 305-7667
Brian.C.Rosen-Shaud@usdoj.gov

*Attorneys for Defendants*