IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.M.-M., *et al.*,<br><br>        *Plaintiffs*,<br><br>    vs.<br><br>KENNETH T. CUCCINELLI II, in his purported official capacity as acting Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>        *Defendants*. | Case No. 1:19-cv-2676 (RDM) |

## JOINT STATUS REPORT

The parties respectfully submit the following joint status report pursuant to the Court's August 11, 2021 Minute Order. The parties agree that the remaining claims in this matter, including the remaining claims of the Individual Plaintiffs and the claims of the Refugee and Immigrant Center for Education and Legal Services, are moot in light of the Court's April 1, 2020 Order, and should therefore be dismissed without prejudice for lack of subject-matter jurisdiction. The parties have included a proposed order dismissing those claims for the Court's convenience. Once those claims have been dismissed, the parties respectfully request that the Court close this case.

Dated: August 18, 2021

/s/ John Lewis
John Lewis (D.C. Bar No. 1033826)
Sean Lev (D.C. Bar No. 449936)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jlewis@democracyforward.org
slev@democracyforward.org

Bradley Jenkins (D.D.C. Bar ID MD0110)

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

/s/ Brian C. Rosen-Shaud
BRIAN C. ROSEN-SHAUD
Trial Attorney (Me. Bar No. 006018)
United States Department of Justice
Civil Division, Federal Programs Branch

1

CATHOLIC LEGAL IMMIGRATION
NETWORK, INC.
8757 Georgia Ave., Suite 850
Silver Spring, MD 20910
(301) 565-4820
bjenkins@cliniclegal.org

*Attorneys for Plaintiffs*

1100 L Street NW
Washington, D.C. 20005
(202) 305-7667
Brian.C.Rosen-Shaud@usdoj.gov

*Attorneys for Defendants*